**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FAN ZHANG, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) | Case No. 12 CV 2450 |
| v. | ) ) | Judge Charles R. Norgle, Sr. |
| GROUPON, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| KATHLEEN ROSELLI, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) | Case No. 12 CV 2460 |
| v. | ) ) | Judge Charles R. Norgle, Sr. |
| GROUPON, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| DENNIS EINSPAHR, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) | Case No. 12 CV 2547 |
| v. | ) ) | Judge Charles R. Norgle, Sr. |
| GROUPON, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| JOHN PEDROW, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) | Case No. 12 CV 2791 |
| v. | ) ) | Judge Charles R. Norgle, Sr. |
| GROUPON, INC., et al., | ) ) | |
| Defendants. | ) ) | |

**DEFENDANT GROUPON, INC.'S CORPORATE DISCLOSURE STATEMENT AND
NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendant Groupon, Inc. ("Groupon") makes the following disclosures:

1. Groupon, a public corporation, is incorporated under the laws of the State of Delaware and does not have a parent corporation.

2. No publicly held corporation owns 10% or more of Groupon's stock.

3. No publicly held affiliate owns more than 5% of Groupon.

Dated: May 10, 2012

Respectfully submitted,

GROUPON, INC.

By:    /s/ *Howard S. Suskin*
      Anton R. Valukas (Illinois Bar #2883678)
      Elizabeth A. Coleman (Illinois Bar #6236597)
      Howard S. Suskin (Illinois Bar #6185999)
      Marc D. Sokol (Illinois Bar #6276263)
      JENNER & BLOCK LLP
      353 N. Clark Street
      Chicago, IL 60654-3456
      Tel: (312) 222-9350